COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:             01-21-00496-CV

Trial Court Cause
Number:                   2020V-0165

Style:                    Jennifer Ann Larkins-Ruby

                          v. Austin County, et al

Date motion filed*:       January 24, 2022

Type of motion:           Motion for Extension of Time

Party filing motion:      Appellant

Document to be filed:     Reply Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

       Original due date:                           February 9, 2022
       Number of previous extensions granted:       0
       Date Requested:                              60 days

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due: **April 11, 2022**

        ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ April L. Farris
        ☒ Acting individually    ☐ Acting for the Court

Date: January 27, 2022